**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover    Date: December 20, 2010
Court Reporter: Paul Zuckerman
Probation Officer: Robert Ford

Criminal Action No. 08-cr-00434-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,              Guy Till

       Plaintiff,

v.

LUIS FERNANDO OLIVAS-AGUIRRE,          Harvey Steinberg

       Defendant.

_____

**SENTENCING MINUTES**
_____

**10:06 a.m.    Court in session**.

Defendant present on bond.

**Change of Plea Hearing on February 27, 2009.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #158**).  Argument by Mr. Till.  The defendant has no objection.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #157**).  Argument by Mr. Steinberg.  The Government

Allocution. - Statements made by:  The Government, the defendant and defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**   The Government's Motion for Downward Departure (**Doc. #158**) is **GRANTED.**

**ORDER:**   **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Bond is continued until arrangements are made by probation for the half way house.

**10:45 a.m.**   **Court in recess.**

Total Time:   39 minutes.
Hearing concluded.